IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ANDERSON DIVISION

| | |
|---|---|
| Ray Thomas Reid, Jr., as Personal Representative of the Estate of Martha Reid Wade, ) ) ) ) Plaintiff, ) ) vs. ) ) Chili's d/b/a Pepper Dining, Inc., ) ) Defendant. ) _____ ) | C.A. NO.: 6:09-298-HFF **ORDER OF DISMISSAL** |

This matter comes before me upon motion of William A. Jordan, of the Law Office of William Jordan, attorney for Plaintiff and attorney Robert E. Horner, of the law firm of Sowell, Gray, Stepp & Laffitte, L.L.C. attorneys for the Defendant, by and with the consent of, wherein and whereby the Plaintiff seeks an Order Of Dismissal dismissing the above-titled matter without prejudice. It appearing that the order sought should be granted, now, THEREFORE IT IS,

**ORDERED**, **ADJUDGED**, and **DECREED** that the above-captioned matter be, and the same is hereby dismissed without prejudice.

**s/Henry F. Floyd**
Henry F. Floyd
UNITED STATES DISTRICT JUDGE

November 30, 2009

Spartanburg , South Carolina

WE SO MOVE:

                                               s/ William A. Jordan  
                                               Law Office of William A. Jordan  
                                               501 Augusta Street  
                                               Greenville, South Carolina    29605  
                                               864-235-0147  
                                               Attorney for Plaintiffs


                                               s/Robert E. Horner, Esquire  
                                               Sowell, Gray, Stepp & Laffitte, L.L.C.  
                                               Post Office Box 11449  
                                               Columbia, South Carolina    29211  
                                               Attorney for Defendants

November 30, 2009

Spartanburg, South Carolina